UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Ava Benjamin        JOINT DEBTOR: _____        CASE NO.: _____

SS#: xxx-xx- 3669                                    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,692.77 for months 1 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:**        ☐ NONE        ☐ PRO BONO

| Total Fees: $4700.00 | Total Paid: $890.00 | Balance Due: $3810.00 |
|---|---|---|
| Payable $63.50 /month (Months 1 to 60) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500 Attorneys Fees + 525+ 525+$150 Cost = $4700

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Tiaa Bank

   Address: 301 West Bay Street
   Jacksonvill, FL 32202

   Last 4 Digits of Account No.: 7172

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $15,804.03 | |
   | Arrears Payment (Cure) | $263.40 | /month (Months 1 to 60) |
   | Regular Payment (Maintain) | $863.65 | /month (Months 1 to 60) |

   Other: _____

Debtor(s): Ava Benjamin       Case number: _____

- ■ **Real Property**
  - ☐ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
2246 NW 61 Street, Miami, FL 33142

☐ Personal Property/Vehicle
Description of Collateral: _____

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ■ NONE
2. **VEHICLES(S):** ☐ NONE

---

1. Creditor: Start Auto Finance
   Address: 1121 N Federal Hwy, Ft. Lauderdale, FL 33304
   Last 4 Digits of Account No.: 5205
   VIN: JNKAJ09E18M304148
   Description of Collateral: 2008 Infinity Ex35 Sport Utility

   Value of Collateral: $2,000.00
   Amount of Creditor's Lien: $8,127.00
   Interest Rate: 6.25%

   **Payment**
   Total paid in plan: $9,483.85
   $158.06 /month (Months 1 to 60)

   Check one below:
   - ☐ Claim incurred 910 days or more pre-petition
   - ■ Claim incurred less than 910 days pre-petition

2. Creditor: Innovate Loan Service
   Address: 2201 Dottie Lynn Parkway, Ft. Worth, TX 76120
   Last 4 Digits of Account No.: 1934
   VIN: 1N4AL2AP0CN463868
   Description of Collateral: 2012 Nissan Altima S

   Value of Collateral: $1,000.00
   Amount of Creditor's Lien: $6,657.00
   Interest Rate: 6.25%

   **Payment**
   Total paid in plan: $7,768.42
   $129.47 /month (Months 1 to 60)

   Check one below:
   - ☐ Claim incurred 910 days or more pre-petition
   - ■ Claim incurred less than 910 days pre-petition

3. **PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

    E.  **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ■ NONE

IV.  **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    A.  **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE

> Name: Florida Department of Revenue
>
> Payment Address: Miami Service Center, 8175 NW 12 Street #119, Miami, FL 33126
>
> Total Due:     $1,725.34
>
> Payable:     $28.76    /month (Months  1  to  60 )

    B.  **INTERNAL REVENUE SERVICE:** ■ NONE

    C.  **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    D.  **OTHER:** ■ NONE

V.  **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A.  Pay     $16.66    /month (Months  1  to  60 )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B.  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C.  **SEPARATELY CLASSIFIED:** ■ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

VII.  **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII.  **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Ava Benjamin | | | |

| | | |
|---|---|---|
| /s/Robert Sanchez, Esq. | November 22, 2019 | |
| Attorney with permission to sign on Debtor(s)' behalf | Date | |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**