**Fill in this information to identify the case:**

Debtor 1: Ava C Benjamin

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number: 19-25801-LMI

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Habitat for Humanity of Greater Miami, Inc.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 7 1 7 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/1/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 1258.38

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 443.68      New escrow payment: $ 936.15

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1  **Ava C Benjamin**
          First Name   Middle Name   Last Name

Case number *(if known)* 19-25801-LMI

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X *[Signature]*
Signature

Date  09/29/2020

Print:  **Jennifer Laufgas**
        First Name   Middle Name   Last Name

Title  Authorized Agent for Creditor

Company  **Aldridge Pite, LLP**

Address  **3575 Piedmont Road, N.E. Suite 500**
         Number           Street

**Atlanta**               **GA**    **30305**
City                      State     ZIP Code

Contact phone  **(404 ) 994-7400**

Email  **jlaufgas@aldridgepite.com**

```
     AVA MARKS
     C/O ROBERT SANCHEZ
     355 W 49 ST
     HIALEAH                 FL 33012


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                                   ACCOUNT HISTORY

         THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
         03/01/20 THROUGH 10/31/20.
         YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
                 863.65 OF WHICH       322.23 WAS FOR PRINCIPAL AND INTEREST
           AND         541.42 WENT INTO YOUR ESCROW ACCOUNT.

              PROJ      ACTUAL    PROJ                        ACTUAL      PROJ         ACTUAL
              ESCROW    ESCROW    ESCROW                      ESCROW      ESCROW       ESCROW
     MO/YR    DEPOSIT   DEPOSIT   PAYMENTS  DESCRIPTION       PAYMENTS    BALANCE      BALANCE
     STARTING BALANCE   ...........................................      2218.35      7473.64-
     03/20    443.68              *                                      2662.03      7473.64-
     04/20    443.68              *                                      3105.71      7473.64-
     05/20    443.68              *                                      3549.39      7473.64-
     06/20    443.68              *                                      3993.07      7473.64-
     07/20    443.68              *  1994.70 PROP INS              *     2442.05      7473.64-
     08/20    443.68    3390.56   *                                      2885.73      4083.08-
     09/20    443.68    8226.74 *Y          PROP INS         4662.00*Y   3329.41       518.34-
     10/20    443.68     443.68   Y                                Y     3773.09        74.66-
     11/20    443.68              *  3329.41 CONS TAX              *      887.36
     12/20    443.68              *                                      1331.04
     01/21    443.68              *                                      1774.72
     02/21    443.68              *                                      2218.40
```

```
LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING        5,324.11. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED         887.36
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED         887.36.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

                        ACCOUNT PROJECTION

    TAXES                  :        3,329.41
    HAZARD INS             :        4,662.00
    ------------------------------------
    ANNUAL DISBURSEMENTS   :        7,991.41
         7,991.41 / 12 =             665.95 ESCROW PAYMENT

         PAYMENTS     PAYMENTS                   CURRENT BAL   REQUIRED BAL
MO/YR      TO          FROM      DESCRIPTION     PROJECTION    PROJECTION
BALANCE AS OF 10/31/20..........................      74.66-      3,995.36
11/20      665.95    3,329.41    CONS TAX         2,738.12-      1,331.90
12/20      665.95                                 2,072.17-      1,997.85
01/21      665.95                                 1,406.22-      2,663.80
02/21      665.95                                   740.27-      3,329.75
03/21      665.95                                    74.32-      3,995.70
04/21      665.95                                   591.63       4,661.65
05/21      665.95                                 1,257.58       5,327.60
06/21      665.95                                 1,923.53       5,993.55
07/21      665.95    4,662.00    PROP INS         2,072.52-      1,997.50
08/21      665.95                                 1,406.57-      2,663.45
09/21      665.95                                   740.62-      3,329.40
10/21      665.95                                    74.67-      3,995.35

    THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS        74.66-. YOUR
    STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     3,995.36 .
```

```
THIS MEANS YOU HAVE A SHORTAGE OF        3,242.37.** THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS.

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
      1,258.38 OF WHICH       322.23 WILL BE FOR PRINCIPAL AND
INTEREST AND       665.95 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST               322.23
    ESCROW PAYMENT                       665.95
    OVER/SHORT SPREAD                    270.20
                                      --------------
NEW PAYMENT EFFECTIVE 11/01/20          1,258.38

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.
```

- 1 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mortgage Payment Change was served electronically or via U.S. Mail, first-class postage prepaid, to:

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Ava C Benjamin
2246 NW 61st Street
Miami, FL 33142-7829

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Robert Sanchez, Esq
court@bankruptcyclinic.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Nancy K. Neidich
e2c8f01@ch13miami.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dated: October 5, 2020

/s/ Jennifer Laufgas
Jennifer Laufgas, FL Bar No. 56181
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (561) 288-6815
Fax: (888) 873-6147
Email: jlaufgas@aldridgepite.com

PROOF OF SERVICE