| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ava C Benjamin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number | 19-25801-LMI |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Habitat for Humanity of Greater Miami, Inc.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 7 1 7 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 1/1/2021

**New total payment:**
Principal, interest, and escrow, if any: $ 943.86

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ❏ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 936.15    New escrow payment: $ 621.63

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ❏ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ❏ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Ava C Benjamin | | | Case number (if known) | 19-25801-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _[signature]_      Date  11/16/2020
Signature

| Print: | Jennifer Laufgas | Title | Authorized Agent for Creditor |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company: Aldridge Pite, LLP

Address: 3575 Piedmont Road, N.E. Suite 500
Number           Street

Atlanta                              GA         30305
City                                 State      ZIP Code

Contact phone: (404) 994-7400          Email: jlaufgas@aldridgepite.com

```
    AVA MARKS
    C/O ROBERT SANCHEZ
    355 W 49 ST
    HIALEAH              FL 33012


                ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                              ACCOUNT HISTORY

       THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
       12/01/20 THROUGH 12/31/20.
       YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
                 863.65 OF WHICH       322.23 WAS FOR PRINCIPAL AND INTEREST
          AND      541.42 WENT INTO YOUR ESCROW ACCOUNT.

             PROJ       ACTUAL     PROJ                      ACTUAL      PROJ       ACTUAL
             ESCROW     ESCROW     ESCROW                    ESCROW      ESCROW     ESCROW
    MO/YR    DEPOSIT    DEPOSIT    PAYMENTS DESCRIPTION      PAYMENTS    BALANCE    BALANCE
    STARTING BALANCE  ...................................               492.62     2023.92-
    12/20    492.62     633.36 *Y                                   Y    985.24     1390.56-
    01/21    492.62            *                                        1477.86
    02/21    492.62            *                                        1970.48
    03/21    492.62            *                                        2463.10
    04/21    492.62            *                                        2955.72
    05/21    492.62            *                                        3448.34
    06/21    492.62            *                                        3940.96
    07/21    492.62            *                                        4433.58
    08/21    492.62            *                                        4926.20
    09/21    492.62            *                                        5418.82
    10/21    492.62            *                                        5911.44
    11/21    492.62            *     3329.41 CONS TAX              *    3074.65
```

Loan:               |  Analysis Date: 2020-11-11  |  Page: 1

```
LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING        3,329.41. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED          985.24
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED          985.24.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

                         ACCOUNT PROJECTION

    TAXES                :        3,329.41
    HAZARD INS           :        2,582.00
    -------------------------------------
    ANNUAL DISBURSEMENTS :        5,911.41
            5,911.41 / 12 =         492.62 ESCROW PAYMENT

         PAYMENTS      PAYMENTS                   CURRENT BAL   REQUIRED BAL
MO/YR      TO            FROM      DESCRIPTION     PROJECTION    PROJECTION
BALANCE AS OF 12/31/20..........................   1,390.56-         985.21
01/21     492.62                                     897.94-       1,477.83
02/21     492.62                                     405.32-       1,970.45
03/21     492.62                                      87.30        2,463.07
04/21     492.62                                     579.92        2,955.69
05/21     492.62                                   1,072.54        3,448.31
06/21     492.62                                   1,565.16        3,940.93
07/21     492.62                                   2,057.78        4,433.55
08/21     492.62                                   2,550.40        4,926.17
09/21     492.62                                   3,043.02        5,418.79
10/21     492.62                                   3,535.64        5,911.41
11/21     492.62       3,329.41    CONS TAX          698.85        3,074.62
12/21     492.62       2,582.00    PROP INS        1,390.53-         985.24

    THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     1,390.56-. YOUR
    STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE         985.21 .
```

```
THIS MEANS YOU HAVE A SHORTAGE OF      1,548.12.** THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS.

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
        943.86 OF WHICH      322.23 WILL BE FOR PRINCIPAL AND
INTEREST AND      492.62 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST                 322.23
     ESCROW PAYMENT                         492.62
     OVER/SHORT SPREAD                      129.01
                                      --------------
NEW PAYMENT EFFECTIVE 01/01/21             943.86

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mortgage Payment Change was served electronically or via U.S. Mail, first-class postage prepaid, to:

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Ava C Benjamin
2246 NW 61st Street
Miami, FL 33142-7829

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Robert Sanchez, Esq
court@bankruptcyclinic.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Nancy K. Neidich
e2c8f01@ch13miami.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dated: December 10, 2020

/s/ Jennifer Laufgas
Jennifer Laufgas, FL Bar No. 56181
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (561) 288-6815
Fax: (888) 873-6147
Email: jlaufgas@aldridgepite.com