UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 19-25801-LMI

Ava C Benjamin

        Debtor(s).                                              Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On November 22, 2019 the instant case was filed.

2. On July 15, 2020 Debtor's Fourth Amended Chapter 13 plan was confirmed.

3. In Debtor's confirmed plan, the debtor is paying Creditor Habitat for Humanity of Greater Miami, Inc. / c/o Tiaa Bank [POC#7] as a cure and maintain creditor.

4. Creditor filed a notice of mortgage payment change along with a notice of post-petition fees and expenses, wherein the regular payment of the Debtor's mortgage has increased.

5. Debtor desires to modify the plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on January 22, 2021: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161