B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern District Of Florida

In re Ava C Benjamin, Case No. 19-25801-LMI

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TIAA FSB | Habitat for Humanity of Greater Miami, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

Court Claim # (if known): 7-1
Amount of Claim: $94,585.62
Date Claim Filed: 01/08/2020

Phone: 800-274-6600
Last Four Digits of Acct #: 6870

Phone: 800-669-9721
Last Four Digits of Acct. #: 7172

Name and Address where transferee payments should be sent (if different from above):
LoanCare, LLC.
P.O. Box 8068
Virginia Beach, VA. 23450

Phone: 800-274-6600
Last Four Digits of Acct #: 6870

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jennifer Laufgas (SBN: 56181)    Date: 07/16/2021
Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## IMPORTANT NOTICE TO CONFIRMED SUCCESSORS IN INTEREST

**NOTICE TO CONFIRMED SUCCESSORS IN INTEREST:** Please be advised that, unless you assume the loan under state law, you will not be liable for the mortgage debt and cannot be required to use your assets, as a confirmed successor in interest, to pay the mortgage debt, except that the lender has a security interest in the property and a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract.

## IMPORTANT STATE DISCLOSURES

### SEE IMPORTANT DISCLOSURES BELOW

**Important notice for Arkansas Residents:** Within the state of Arkansas, LoanCare, LLC is licensed by the Arkansas Securities Department. You may file complaints with the Department at Heritage West Building, Suite 300, 201 East Markham Street, Little Rock, Arkansas 72201-1692.

**IMPORTANT NOTICE FOR CONSUMERS IN COLORADO WE ATTEMPT TO COLLECT A DEBT FROM:** Within the state of Colorado, LoanCare, LLC maintains an office at 8690 Wolff Court, Suite 110, Westminster, CO 80031. The telephone number is 303-920-4763.

**Important notice for Hawaii Residents:** Within the state of Hawaii, LoanCare, LLC is licensed by the Commissioner of Financial Institutions. You may file complaints with the Commissioner at P.O. Box 2054, Honolulu, HI 96805.

**Important notice for Illinois Residents:** Within the state of Illinois, LoanCare, LLC is regulated by the Illinois Department of Financial and Professional Regulation – Division of Banking, 100 West Randolph, 9th Floor, Chicago, IL 60601. The toll-free consumer hotline number is 1-888-473-4858.

**Important notice for Maryland Residents:** Maryland law requires LoanCare, LLC to designate a contact to whom mortgagors may direct complaints and inquiries. LoanCare, LLC has designated the Office of the Customer for that purpose. The telephone number for the Office of the Customer is 1-800-919-5631. The Office of the Customer must respond in writing to each written complaint or inquiry within 15 days if requested. LoanCare, LLC's failure to comply with any provision of Section 13-316 of the Maryland Commercial Law will result in LoanCare, LLC being liable for any economic damages caused by the violation.

**Important notice for New York Residents:** Within the state of New York, LoanCare, LLC is registered with the Superintendent of the New York Department of Financial Services. You may file complaints with the Department of Financial Services and may obtain further information from the Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Important notice for New York Residents who were offered a debt payment schedule or agreement to settle debt:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;

8.   Public or private pensions;

9.   Veterans' benefits;

10.  Federal student loans, federal student grants, and federal work study funds; and

11.  Ninety percent of your wages or salary earned in the last sixty days.

**Important notice for North Carolina Residents:** Within the state of North Carolina, LoanCare, LLC is licensed by the Commissioner of Banks. You may file complaints with the Commissioner at 4309 Mail Service Center, Raleigh, NC 27699.

North Carolina Collection Agency Permit Numbers:

NC Permit Number 112029 – 3637 Sentara Way, Virginia Beach, VA 23452

NC Permit Number 112165 – 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204

NC Permit Number 113538 – 4330 West Chandler Boulevard, Chandler, AZ 85226

NC Permit Number 113876 – 1200 Cherrington Parkway, Moon Township, PA 15108

**Important notice for Oregon Residents:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

**Important notice for those with a mortgage loan on real estate located in Texas:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

Send all payments due on or after March 1, 2021 to LoanCare, LLC to:

<u>East Coast</u>
P.O. Box 37628
Philadelphia, PA 19101-0628

<u>West Coast</u>
P.O Box 60509
City of Industry, CA 91716-0509

If you have any questions about this transfer for either TIAA Bank or LoanCare, LLC, please don't hesitate to contact us.

**TIAA Bank, existing servicer**
Client Solutions Team
P.O. Box 2167
Jacksonville, FL 32232
1-855-297-3893
Weekdays, 8 a.m. – 9 p.m. (ET)
TIAABank.com

**LoanCare, LLC, new servicer**
Customer Service Department
P.O. Box 8068
Virginia Beach, VA 23450
1-844-436-0374
Weekdays, 8 a.m. – 10 p.m., (ET)
Saturdays, 8 a.m. – 3 p.m.
TIAABank.myloancare.com

Important note about optional insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: There is no impact related to insurance, as your account does not have an optional insurance product.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your previous servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

On behalf of TIAA Bank and LoanCare, LLC, please know we're collectively committed to making this change as seamless as possible. Should you have questions, please reach out to TIAA Bank before February 28, 2021 or LoanCare, LLC on or after March 1, 2021.

Sincerely,

Mike Koster
Executive Vice President
Head of Mortgage Operations

LoanCare, LLC

NMLS ID:



**Frequently asked questions**

1. Why is the servicing of my home loan being transferred?

   All TIAA Bank home loans will be serviced by LoanCare, LLC. The transfer of account servicing is a common business practice in today's home loan industry and allows for efficient handling of your mortgage servicing needs. This transfer doesn't affect any of the terms or conditions of your original mortgage loan.

2. How can I contact my new servicer?

   Beginning March 1, 2021, you can contact LoanCare, LLC at:

   | For payments | For transfer or non-payment information |
   |---|---|
   | <u>East Coast</u> | P.O. Box 8068 |
   | P.O Box 37628 | Virginia Beach, VA 23450 |
   | Philadelphia, PA 19101-0628 | 1-844-436-0374 |
   | <u>West Coast</u> | Weekdays, 8 a.m. – 10 p.m. (ET) |
   | P.O. Box 60509 | Saturdays, 8 a.m. – 3 p.m. |
   | City of Industry, CA 91716-0509 | |

3. When should I begin sending payments to LoanCare, LLC?

   Beginning March 1, 2021, LoanCare, LLC will start accepting your payments. On or after [March 1, 2021], all future or past due payments should be sent to LoanCare, LLC.

4. What if I have automatic payments set up?

   If your payments are automatically debited from a designated checking or savings account, this service will continue with LoanCare, LLC after the transfer. While there may be a ten to twelve-day delay in LoanCare, LLC's first draft payment, it will not result in any late charges or negative impacts to your credit. If your payments are not automatically debited from an account, you can set up that up at TIAABank.myloancare.com after the transfer.

5. I am covered under the protection of the Servicemembers Civil Relief Act. Do I need to do anything to ensure that continues?

   All protections under the Act will automatically continue so there is nothing you need to do. Please notify us of any change in your active duty status.

6. Will the provider of my homeowners insurance policy be notified?

   Yes. We will notify your insurance company of the change in the mortgagee clause.

Notice of error and requests for information

In accordance with the federal Real Estate Settlement Procedures Act (RESPA) and Regulation X, borrowers have the right to notify their servicer of an error regarding the servicing of their closed end mortgage loan or to request information related to the servicing of their closed-end mortgage loan. Should you want to submit a written notice of error or written request for information, please include your full name, information that enables us to identify your mortgage loan account, such as a mortgage loan number, and the error you believe to have occurred or clearly state the information you are requesting with respect to your mortgage loan account.

Please note that a notice on a payment coupon or other payment is not considered a notice of error or request for information. Within five (5) days (excluding legal public holidays, Saturdays, and Sundays) of receiving a notice of error or information request, a written acknowledgement will be provided to you, and, in general, we will respond no later than 30 days after receiving the initial written notice of error or written request for information.